UNITED STATES DISTRICT COURT  FILED
DISTRICT OF CONNECTICUT

2003 OCT 22  P 2: 24

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| JOHN M. SKINNER,<br>　　　　　　Plaintiff,<br><br>v.<br><br>PAUL A. GOLUB, et al.,<br>　　　　　　Defendants. | CIVIL ACTION NO.<br><br>3:01CV974(RNC)(DFM)<br><br><br><br>OCTOBER 21, 2003 |

## RENEWED MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), and this Court's Order dated September 4, 2003, the undersigned, Rowena A. Moffett, Esq., renews her motion to withdraw her appearance on behalf of Defendant Raymond M. Marker in this matter, for the reasons that the whereabouts of Defendant Marker are unknown, he is believed to have permanently left North Carolina, the state in which he last resided, his business offices have been closed and all furnishings and equipment have been removed therefrom, and that, despite attempts to do so, undersigned counsel has been unable to contact Defendant Marker for the foregoing reasons. For the same reasons, the undersigned, on behalf of Stephen M. Pincus, Esq., renews Attorney Pincus's Motion to Withdraw Appearance dated July 30, 2002, which motion was denied as moot by Judge Martinez in her August 29, 2002 Recommended Ruling granting Defendant Marker's Motion to Dismiss.

In its Order Regarding Attorney's Motion for Leave to Withdraw Appearance dated September 4, 2003, the Court denied without prejudice to renewal after October 17, 2003, the undersigned's Motion to Withdraw Appearance dated March 14, 2003.

The Court ordered the undersigned to send a copy of its Order to Defendant Marker by certified mail on or before September 15, 2003. The Court further stated that if Defendant Marker failed to file a pro se appearance or appear through new counsel on or before October 17, 2003, a renewed motion for leave to withdraw the appearance of the undersigned would be granted and a default would enter. On September 9, 2003, the undersigned sent a copy of the Court's Order via certified mail to Defendant Marker at his last known business and home addresses. The mailings were returned as undeliverable/unclaimed on September 26 and September 27, 2003. Copies of said correspondence and returned certified mail envelopes are attached hereto.

WHEREFORE, the undersigned having complied with the Court's Order dated September 4, 2003, and Defendant Marker having failed to file a pro se appearance or appear through new counsel on or before October 17, 2003, the undersigned respectfully requests that the Court grant leave for Rowena A. Moffett and Stephen M. Pincus to withdraw their appearances on behalf of Defendant Raymond Marker in this matter.

DEFENDANT RAYMOND MARKER

By: _____
Rowena A. Moffett (ct19811)
BRENNER, SALTZMAN & WALLMAN
His Attorney
271 Whitney Avenue
P.O. Box 1746
New Haven, CT 06507-1746
Tel. (203) 772-2600

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was served by United States first-class mail, postage prepaid, this 21st day of October, 2003, upon:

Paul A. Golub
49D High Street
Middlefield, CT 06455

Igor Sikorsky, Jr.
P.O. Box 38
Unionville, CT 06085

Stephen M. Pincus
5855 Bartlett Street
Pittsburgh, PA 15217.

I further certify that a copy of the foregoing motion was mailed via certified mail, return receipt requested, this 21st day of October, 2003, to:

Raymond M Marker
c/o Investors Network, L.P.
P.O. Box 9881
Greensboro, NC 27429

Raymond M. Marker
1930 Golden Gate Drive
Greensboro, NC 27405-5647.

_____
Rowena A. Moffett, Esq.

# Brenner, Saltzman & Wallman LLP

ATTORNEYS AT LAW

NEWTON D. BRENNER, P.C.
STEPHEN L. SALTZMAN, P.C.
MARC A. WALLMAN, P.C.
DAVID R. SCHAEFER, P.C.
STUART JAY MANDEL, P.C.
DONALD W. ANDERSON, P.C.
SAMUEL M. HURWITZ, P.C.
WAYNE A. MARTINO, P.C.
JOHN R. BASHAW
MITCHELL S. JAFFE, P.C.
ALICE J. MICK, P.C.
KENNETH ROSENTHAL
CAROLYN W. KONE
BRIAN P. DANIELS
GEORGE BRENCHER IV, P.C.
JENNIFER DOWD DEAKIN, P.C.

MICHELLE S. GOGLIA
ROWENA A. MOFFETT

OF COUNSEL:
SHARON KOWAL FREILICH

MAILING ADDRESS:
POST OFFICE BOX 1746
NEW HAVEN, CT 06507

Rowena A. Moffett, Esq.
e-mail: rmoffett@bswlaw.com

September 9, 2003

**VIA CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

Raymond M. Marker
c/o Investors Network, L.P.
P.O. Box 9881
Greensboro, NC 27429

Raymond M. Marker
1930 Golden Gate Drive
Greensboro, NC 27405-5647.

**FILE COPY**

Re: <u>Skinner v. Golub, et al.</u>; Civil Action NO. 3:01 CV 974 (RNC)

Dear Ray:

Enclosed please find an Order Regarding Attorney's Motion for Leave to Withdraw Appearance, entered in the above-referenced action on September 4, 2003. The Court has ordered me to send a copy of this Order to you by certified mail. In the enclosed Order, the Court has ordered you to file a pro se appearance or appear through new counsel on or before October 17, 2003.

If you have any questions concerning the enclosed, feel free to contact me.

Sincerely,

Rowena A. Moffett

RAM:dwc
Enc.

271 Whitney Avenue • New Haven, Connecticut 06511 • 203.772.2600 • Fax: 203.562.2098 • www.bswlaw.com

**CERTIFIED MAIL**

7106 4575 1292 1318 5508
**RETURN RECEIPT REQUESTED**

15/ 9-12
9-18
UNCLAIMED

A ☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
C ☐ NO SUCH NUMBER/STREET
S ☒ OTHER
 NOT DELIVERABLE AS ADDRESSED
 - UNABLE TO FORWARD

Raymond M. Marker
c/o Investors Network, L.P.
P.O. Box 9881
Greensboro, NC 27429

Brenner, Saltzman & Wallman LLP
ATTORNEYS AT LAW

---

**CERTIFIED MAIL**

7106 4575 1292 1318 5515
**RETURN RECEIPT REQUESTED**

SEP 26 2002

MLNA

A ☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
C ☐ NO SUCH NUMBER/STREET
S ☒ OTHER
 NOT DELIVERABLE AS ADDRESSED
 - UNABLE TO FORWARD

Raymond M. Marker
1930 Golden Gate Drive
Greensboro, NC 27405

SCANNED

ATTEMPTED —
DELIVERED —
FORWARD —

Brenner, Saltzman & Wallman LLP
ATTORNEYS AT LAW

