

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 OCT 22 P 2: 24



US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| JOHN M. SKINNER,<br>              Plaintiff,<br>v.<br>PAUL A. GOLUB, et al.,<br>              Defendants. | CIVIL ACTION NO.<br>3:01CV974(RNC)(DFM)<br><br>OCTOBER 21, 2003 |

### RENEWED MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), and this Court's Order dated September 4, 2003, the undersigned, Rowena A. Moffett, Esq., renews her motion to withdraw her appearance on behalf of Defendant Raymond M. Marker in this matter, for the reasons that the whereabouts of Defendant Marker are unknown, he is believed to have permanently left North Carolina, the state in which he last resided, his business offices have been closed and all furnishings and equipment have been removed therefrom, and that, despite attempts to do so, undersigned counsel has been unable to contact Defendant Marker for the foregoing reasons. For the same reasons, the undersigned, on behalf of Stephen M. Pincus, Esq., renews Attorney Pincus's Motion to Withdraw Appearance dated July 30, 2002, which motion was denied as moot by Judge Martinez in her August 29, 2002 Recommended Ruling granting Defendant Marker's Motion to Dismiss.

In its Order Regarding Attorney's Motion for Leave to Withdraw Appearance dated September 4, 2003, the Court denied without prejudice to renewal after October 17, 2003, the undersigned's Motion to Withdraw Appearance dated March 14, 2003.

*GRANTED. So ordered. 10/31/03.*