FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 NOV -4  A 11: 55

JOHN M. SKINNER,

 Plaintiff,

VS.

PAUL A. GOLUB, et al

 Defendants.

CASE NO.: 301 CV 974 (RNC)

NOVEMBER 3, 2003

## MOTION FOR JUDGMENT

The plaintiff herein moves, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, that judgment enter against PILL Trust in the amount of $275,000.00

RESPECTFULLY SUBMITTED,
PLAINTIFF,
JOHN SKINNER

BY _____
Igor I. Sikorsky, Jr.
P.O. Box 38
Unionville, CT 06085
(860) 675-5313
Fed. Bar #04233

## **CERTIFICATION**

I hereby certify that a copy of the foregoing has been mailed, U.S. first-class mail, postage prepaid, this 3rd day of November, 2003, to:

Attorney Rowena A. Moffett
Brenner, Saltzman & Wallman, LLP
271 Whitney Avenue
P.O. Box 1746
New Haven, CT 06507-1746

Paul Golub
49 D High Street
Middlefield, CT 06455

Dallas Albritton, Esq.
100 Madison, Suite 302
Tampa, FL 33602

Edward O'Hara
99 Orchard Street
Meriden, CT 06450

Management Resources 2000, Inc.
Post Office Box N-10700
Nassau, Bahamas

PILL Trust
4270, Suite 124
Winter Park, FL 32792

Igor I. Sikorsky, Jr.