FILED

2003 NOV -4 A 11: 55

DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN M. SKINNER,                           :
                                           :
        Plaintiff,                         :   CASE NO.: 301 CV 974 (RNC)
                                           :
VS.                                        :
                                           :
PAUL A. GOLUB, et al                       :
                                           :
        Defendants.                        :   NOVEMBER 3, 2003

## MOTION FOR JUDGMENT

The plaintiff herein moves, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, that judgment enter against Prosper International Limited (a/k/a P.I.L.L.) in the amount of $275,000.00.

                        RESPECTFULLY SUBMITTED,
                        PLAINTIFF,
                        JOHN SKINNER

                        BY _____
                        Igor I. Sikorsky, Jr.
                        P.O. Box 38
                        Unionville, CT 06085
                        (860) 675-5313
                        Fed. Bar #04233

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed, U.S. first-class mail, postage prepaid, this 3rd day of November, 2003, to:

Attorney Rowena A. Moffett
Brenner, Saltzman & Wallman, LLP
271 Whitney Avenue
P.O. Box 1746
New Haven, CT 06507-1746

Paul Golub
49 D High Street
Middlefield, CT 06455

Dallas Albritton, Esq.
100 Madison, Suite 302
Tampa, FL 33602

Edward O'Hara
99 Orchard Street
Meriden, CT 06450

Management Resources 2000, Inc.
Post Office Box N-10700
Nassau, Bahamas

PILL Trust
4270, Suite 124
Winter Park, FL 32792

_____
Igor I. Sikorsky, Jr.