UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN M. SKINNER,

    Plaintiff,

V.    CASE NO. 3:01CV974

PAUL GOLUB, et al.,

    Defendants.

FILED
2003 NOV 19 A 8:08
US DISTRICT COURT
HARTFORD CT

## RULING AND ORDER SETTING ASIDE DEFAULTS, DENYING MOTIONS FOR DEFAULT JUDGMENT AND DISMISSING CLAIMS

Plaintiff John M. Skinner has filed motions for judgment based on defaults entered by the Clerk on October 9, 2003, against the following non-appearing defendants:

    PILL Trust [doc. 82],

    Prosper International Limited (a/k/a P.I.L.L.) [doc. 83],

    Edward O'Hara [doc. 84], and

    Management Resources 2000, Inc. [doc. 85].

The motions are hereby denied, and the defaults entered by the Clerk are hereby set aside, because plaintiff has never provided adequate proof of service with regard to any of these defendants.

On Dec. 5, 2001, plaintiff was ordered to file a memorandum on or before Dec. 28, 2001, showing why the action should not be dismissed as to these defendants under Federal Rule of Civil Procedure 4(m). No memorandum has been filed. Accordingly, all claims against the above-named defendants are hereby dismissed without prejudice pursuant to Federal Rules of Civil Procedure

4(m) and 41(b).

So ordered.

Dated at Hartford, Connecticut this 18th day of November, 2003.

                                                                        [signature redacted]
                                                      Robert N. Chatigny
                                          United States District Judge