UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN M. SKINNER,           : | |
|     Plaintiff,           : | |
|     v.                      : | CASE NO. 3:01CV974(RNC) |
| PAUL A. GOLUB, ET AL.,  : | |
|     Defendants.       : | |

ORDER

Pursuant to the superseding scheduling order of September 4, 2003, a joint trial memorandum was due to be filed on or before April 5, 2004. Accordingly, it is hereby ordered that the joint trial memorandum be filed on or before June 21, 2004, together with a memorandum explaining why it was not filed in a timely manner.

So ordered.

Dated at Hartford, Connecticut this      day of May 2004.

                                                /s/RNC
                                       Robert N. Chatigny
                                  United States District Judge