UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN M. SKINNER, | : | |
| | : | CASE NO.: 301 CV 974 (RNC) |
| Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| PAUL A. GOLUB, et al. | : | |
| | : | |
| Defendants. | : | JUNE 14, 2004 |

**APOLOGY TO THE COURT**

This Court has asked for an explanation of undersigned counsel's failure to file a Joint Pre-Trial Memorandum by April 5, 2004, in accordance with the Court's Superceding Scheduling Order of September 4, 2003. Counsel can only apologize to the Court for the oversight, and indicate that the key date was inadvertently not logged in our schedule.

Counsel would have wished for some way to blame someone else, and it is clear that the case involves one *pro se* defendant and one possible *pro se* defendant, and complex proceedings in Florida, all of which were stayed by the Magistrate Judge's Ruling staying all discovery. However, much as counsel would like to use that as an excuse, there is no truthful statement other than the fact that counsel missed logging the key date, and therefore did not meet the Court's deadline for filing a "Joint Trial Memorandum." Counsel apologizes to the

Court and expects that he will be able to comply with the June 21, 2004 deadline, assuming some reasonable accommodation and cooperation from *pro se* litigant.

                RESPECTFULLY AND
                HUMBLY SUBMITTED, BY
                COUNSEL FOR JOHN SKINNER

BY_____
       Igor I. Sikorsky, Jr.
       P.O. Box 38
       Unionville, CT 06085
       (860) 675-5313
       Fed. Bar #04233

## **CERTIFICATION**

This is to certify that the foregoing has been mailed U.S. first-class mail, postage prepaid on this 14th day of June, 2004, to:

Mr. Paul Golub
49 High Street
Middlefield, CT 06455-1062

       _____
       Igor I. Sikorsky, Jr.