UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN M. SKINNER, | : | |
| | : | CASE NO.: 301 CV 974 (RNC) |
| Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| PAUL A. GOLUB, et al. | : | |
| | : | |
| Defendants. | : | JUNE 17, 2004 |

**JOINT MOTION FOR**
**BRIEF EXTENSION OF TIME**

1. Previous Orders of this Court call for the Joint Trial Memorandum to be filed on Monday, June 21, 2004.

2. Paul Golub, who is *pro se* cannot meet with Skinner's counsel until Monday, June 21, 2004, at 10:00 a.m.

3. Therefore, plaintiff requests the date for filing the Joint Trial Memorandum be extended 48 hours until Wednesday, June 23, 2004. Golub has no objection to this Motion.

          RESPECTFULLY SUBMITTED, BY
          JOHN SKINNER

BY_____
    Igor I. Sikorsky, Jr.
    P.O. Box 38
    Unionville, CT 06085
    (860) 675-5313
    Fed. Bar #04233

## **CERTIFICATION**

This is to certify that the foregoing has been mailed U.S. first-class mail, postage prepaid on this 17th day of June, 2004, to:

Mr. Paul Golub
49 High Street
Middlefield, CT 06455-1062

_____
Igor I. Sikorsky, Jr.