**FILED**

2004 JUN 18 A 11: 23

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| JOHN M. SKINNER, | : |
| Plaintiff | : CASE NO.: 301 CV 974 (RNC) |
| VS. | : |
| PAUL A. GOLUB, et al. | : |
| Defendants. | : JUNE 17, 2004 |

### JOINT MOTION FOR
### BRIEF EXTENSION OF TIME

1. Previous Orders of this Court call fore the Joint Trial Memorandum to be filed on Monday, June 21, 2004.

2. Paul Golub, who is *pro se* cannot meet with Skinner's counsel until Monday, June 21, 2004, at 10:00 a.m.

3. Therefore, plaintiff request the date for filing the Joint Trial Memorandum be extended by 48 hours until Wednesday, June 23, 2004. Golub has no objection to this Motion.

June 22, 2004. Granted. So ordered.
Robert N. Chatigny, U.S.D.J.

FILED 2004 JUN 22 P 2:10
U.S. DISTRICT COURT
HARTFORD, CT.