FILED

2004 AUG 30 A 11:00

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN M. SKINNER, | : | |
| Plaintiff | : | CASE NO.: 301 CV 974 (RNC) |
| VS. | : | |
| PAUL A. GOLUB, et al. | : | |
| Defendants. | : | AUGUST 23, 2004 |

## STIPULATION

The parties hereto, John Skinner acting by counsel duly authorized, and Paul Golub acting *pro se*, herewith stipulate that the above-captioned matter may be removed from the Jury Trial List, with both parties waiving a claim for a jury trial, and may be tried to the Court or to a Magistrate Judge at the discretion of the Court.

RESPECTFULLY SUBMITTED,

JOHN SKINNER                                PAUL GOLUB

BY _____          BY _____
Igor I. Sikorsky, Jr.                                Paul Golub
P.O. Box 38                                          49 High Street
Unionville, CT 06085                            Middlefield, CT 06455-1062
(860) 675-5313
Fed. Bar #04233