UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN M. SKINNER, | : |
| Plaintiff, | : |
| v. | : CASE NO. 3:01CV974 (RNC) |
| PAUL A. GOLUB, ET AL., | : |
| Defendants. | : |

NOTICE OF ENTRY OF DEFAULT

The defendant Raymond Marker having failed to comply with the court's order of September 4, 2003, requiring he file a pro se appearance or to appear through new counsel on or before October 17, 2003, default is hereby entered pursuant to Fed.R.Civ.P. 55(a), as to the defendant Raymond Marker.

Notice is hereby given that this case will be dismissed as to the above-identified defendant in thirty days pursuant to F.R.Civ.P. 41(b) unless the default is set aside and an appearance and responsive pleading is filed or plaintiff moves for entry of a default judgment as to defendant Raymond Marker. This date may be extended for good cause.

So ordered.

Dated at Hartford, Connecticut this      day of September 2004.

　　　　　　　　　　　　　　　　　　　　／s／RNC
　　　　　　　　　　　　　　　　　　Robert N. Chatigny
　　　　　　　　　　　　　　　United States District Judge