UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN M. SKINNER, | : |
| Plaintiff, | : |
| | : CASE NO. 3:01CV974(RNC) |
| v. | : |
| PAUL A. GOLUB, ET AL., | : |
| Defendants. | : |

## ORDER OF DISMISSAL

On September 2, 2004, default was entered as to defendant Raymond Marker pursuant to Fed. R. Civ. P. Rule 55(a) based on defendant's failure to comply with the court's order of September 4, 2003, requiring he file a pro se appearance or appear through new counsel on or before October 17, 2003. On that date, the Clerk notified plaintiff that a motion for default judgment was required to be filed or the action would be dismissed as to defendant Raymond Marker.

To date no motion for default judgment has been filed, nor has the plaintiff filed a motion for extension of time as permitted by Local Rule 9. Accordingly, the case is hereby dismissed as to defendant Raymond Marker.

The plaintiff may move to reopen the case as to defendant Raymond Marker on or before October 21, 2004. The motion to reopen must explain why a motion for default judgment was not filed previously and must be accompanied by either a motion for entry of default judgment or a motion for extension of time in which to file such a motion.

So ordered.

Dated at Hartford, Connecticut this            day of September 2004.

_____/s/RNC_____
Robert N. Chatigny
United States District Judge