FILED

2004 AUG 30 A 11: 00

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN M. SKINNER,
Plaintiff

VS.

PAUL A. GOLUB, et al.
Defendants.

CASE NO.: 301 CV 974 (RNC)

AUGUST 23, 2004

**STIPULATION**

The parties hereto, John Skinner acting by counsel duly authorized, and Paul Golub acting *pro se*, herewith stipulate that the above-captioned matter may be removed from the Jury Trial List, with both parties waiving a claim for a jury trial, and may be tried to the Court or to a Magistrate Judge at the discretion of the Court.

RESPECTFULLY SUBMITTED,

JOHN SKINNER

BY ______________________
Igor I. Sikorsky, Jr.
P.O. Box 38
Unionville, CT 06085
(860) 675-5313
Fed. Bar #04233

PAUL GOLUB

BY ______________________
Paul Golub
49 High Street
Middlefield, CT 06455-1062

**September 30, 2004.** Approved. This case is hereby referred for all further proceedings, including trial and entry of final judgment to Magistrate Judge Donna F. Martinez. So ordered.

Robert N. Chatigny, U.S.D.J.

FILED
2004 SEP 30 P 3: 52
U.S. DISTRICT COURT
HARTFORD, CT.