

FILED

2004 OCT -5 A 11 02

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JOHN M. SKINNER, | : | |
| Plaintiff | : | CASE NO.: 301 CV 974 (RNC) DFM |
| VS. | : | |
| PAUL A. GOLUB, et al. | : | |
| Defendants. | : | OCTOBER 4, 2004 |

**MOTION FOR JUDGMENT BY DEFAULT**

The plaintiff herein moves, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, that the Clerk enter a default against Raymond Marker.

> RESPECTFULLY SUBMITTED,
> PLAINTIFF, JOHN SKINNER
>
> BY _____
> Igor I. Sikorsky, Jr.
> P.O. Box 38
> Unionville, CT 06085
> (860) 675-5313
> Fed. Bar #04233

## CERTIFICATION

This is to certify that the foregoing has been mailed U.S. first-class mail, postage prepaid on this 4th day of October, 2004, to:

Mr. Paul Golub
49 High Street
Middlefield, CT 06455-1062

_____
Igor I. Sikorsky, Jr.