```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT

JOHN M. SKINNER,                :
                                :
    Plaintiff,                  :
                                :
    v.                          :     CASE NO. 3:01CV974(DFM)
                                :
PAUL A. GOLUB, ET AL.,          :
                                :
    Defendant.                  :
```

<u>RULING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT</u>

Pending before the court is the plaintiff's motion for default judgment pursuant to Fed. R. Civ. P. 55(b) as to defendant Raymond Marker. (Doc. #98.) The motion is DENIED without prejudice to refiling because it fails to comply with the court's order.

On September 30, 2004, Chief Judge Robert N. Chatigny dismissed the case as to defendant Raymond Marker because the plaintiff had neither moved for default judgment nor for an extension of time in which to do so. (Doc. #96.) The order notified the plaintiff that he "may move to reopen the case as to defendant Raymond Marker on or before October 21, 2004. The motion to reopen must explain why a motion for default judgment was not filed previously and must be accompanied by ether a motion for entry of default judgment or a motion for extension of time in which to file such a motion." In the instant motion, the plaintiff merely states that he is moving for a default judgment. This does not comply with the requirements set forth in the court's September 30, 2004 order.

SO ORDERED at Hartford, Connecticut this 8th day of October, 2004.

_____/s/_____
Donna F. Martinez
United States Magistrate Judge