UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 JAN 19 P 12:48
U.S. DISTRICT COURT
HARTFORD, CT.

JOHN SKINNER,

  Plaintiff,

v.          CASE NO. 3:01CV974(DFM)

PAUL A. GOLUB,

  Defendant.

PRETRIAL ORDER

It is hereby ORDERED that:

(1) This is a court trial. Presentation of the evidence will begin on April 28, 2005.

(2) The parties estimate that the trial will require 2 trial days. Accordingly, the court has set aside April 28, 2005 to April 29, 2005 for trial.

(3) During the trial, the court will attempt to adhere to the following daily schedule:

| | |
|---|---|
| 9:30 a.m.: | All trial participants in the courtroom ready to proceed. Court will hear any necessary legal arguments. |
| 10:00 a.m.: | Presentation of evidence begins |
| 11:15 a.m.: | Morning recess |
| 11:30 a.m.: | Trial resumes |
| 1:00 p.m.: | Luncheon recess |
| 2:00 p.m.: | Trial resumes |
| 3:30 p.m.: | Afternoon recess |

      3:45 p.m.:    Trial resumes

      5:00 p.m.:    Court adjourns

(4) A final pretrial conference shall be held in the chambers of the undersigned on April 14, 2005 at 10:00 a.m.

(5) By April 1, 2005, the parties shall file a **Supplemental Joint Trial Memorandum.** The Supplemental Trial Memorandum shall include:

    a. <u>Witnesses</u>: See Paragraph 10 of the Standing Order. For any expert witness, each party shall set forth the opinion to be expressed, a brief summary of the basis of the opinion and a list of the materials on which the witness intends to rely. If a party objects to all or any part of the anticipated testimony of any witness, lay or expert, the objection and its grounds shall be set forth in the Joint Trial Memorandum so that the objection can be addressed prior to trial.

    b. <u>Exhibits</u>: See Paragraph 11 of the Standing Order. Each party shall list in the Joint Trial Memorandum the exhibits it intends to offer at trial. The plaintiff's exhibits and the defendant's exhibits shall be listed separately. A brief description of the exhibit shall be included. **The list shall indicate whether the parties agree that the exhibit may be admitted as evidence.** If there is an objection to an exhibit, the proponent of the exhibit must set forth the basis for admissibility of the exhibit and the opponent must set forth the basis of the objection.

Except for rebuttal and impeachment, exhibits not listed will not be admissible at trial without good cause shown.

The parties shall exchange exhibits at least 10 days prior to the final pretrial conference. The parties shall being a copy of their exhibits to the final pretrial conference. At least 5 days prior to the final pretrial conference, each party shall submit to the court an exhibit list. The exhibit list shall denote the exhibit number, a brief description of the exhibit and shall indicate whether the parties agree that a particular exhibit should be admitted as evidence without objection. Two courtesy copies of the exhibit list shall be provided to the court and one copy shall be delivered to the courtroom deputy clerk. Prior to the final pretrial conference, each party shall mark its exhibits with exhibit stickers (which are available upon request from the courtroom deputy clerk). All exhibits shall be marked numerically and say "Plaintiff" or "Defendant." If there is more than one plaintiff or defendant, the exhibits shall identify the party offering the exhibit (e.g., Defendant Smith, Exhibit #1). If the same exhibit is offered by more than one party, the parties shall mark only one of the exhibit by placing their respective exhibit stickers on the one exhibit (e.g., two exhibit stickers on one document: Plaintiff Jones, Exhibit #2; Defendant Smith Exhibit #5). Each party shall prepare <u>two</u> courtesy copies of its documentary exhibits for the court's use during the trial. The courtesy copies

shall be arranged in order in a notebook with tabs bearing the exhibit number. Counsel shall retain the original set of exhibits until the beginning of trial.

    c. <u>Anticipated Evidentiary Problems</u>: See Paragraph 14 of the Standing Order. Any party who elects to file a motion <u>in limine</u> shall file the motion and supporting memorandum of law by no later than April 7, 2005.

    d. <u>Proposed Findings and Conclusions</u>: In court trials, the parties shall file Proposed Findings of Fact and Conclusions of Law. The proposed conclusions of law shall include citations to relevant legal authorities. The parties shall submit Proposed Findings of Fact and Conclusions of Law by **April 1, 2005**.

(6) The dates set forth in this order may not be changed except by further order of the court pursuant to a written motion demonstrating good cause filed not later than five days before the date in question.

(7) A courtesy copy of the Supplemental Joint Trial Memorandum shall be submitted to chambers on the day that it is filed.

SO ORDERED this 19th day of January, 2005 at Hartford, Connecticut.

_____
Donna F. Martinez
United States Magistrate Judge