```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


JOHN SKINNER,                    :
                                 :
     Plaintiff,                  :
                                 :
     v.                          :       CASE NO. 3:01CV974(DFM)
                                 :
PAUL A. GOLUB,                   :
                                 :
     Defendant.                  :
```

ORDER TO SHOW CAUSE

The parties are ordered to SHOW CAUSE why the case should not be dismissed for improper venue pursuant to the forum selection clause set forth in the parties' Subscription Agreement.  (Doc. #87.)  The clause provides as follows:

> 11.  Jurisdiction and Venue.  The Purchaser agrees that jurisdiction and venue with respect to any legal proceeding arising under this Agreement or the purchase of the Investment Unit(s) shall properly lie in either (i) the Sixth Judicial Circuit in the State of Florida, in and for Pinellas County, Florida or (ii) the United States District Court for the Middle District of Florida (Tampa division).  The Purchaser further agrees that the mailing of any process shall constitute valid and lawful process against the Purchaser.  The Purchaser waives any claim that the Purchase may have that the foregoing courts is an inconvenient forum.

The scope of the clause -- which applies to "any" claim arising under the parties' Agreement or from the plaintiff's purchase of investment units -- appears to extend to the plaintiff's claims against defendant Paul Golub.  The plaintiff's claims as to defendant Damon Carlson previously were dismissed for improper venue.  See doc. #87.

The parties are hereby ORDERED to file and serve, on or before March 15, 2005, a written memoranda showing why this action should not be dismissed for improper venue.

SO ORDERED this 28th day of January, 2005 at Hartford, Connecticut.

_____/s/_____
Donna F. Martinez
United States Magistrate Judge