UNITED STATES DISTRICT COURT FILED
DISTRICT OF CONNECTICUT

2005 MAR 14  P 3 30

| | | |
|---|---|---|
| John Skinner | : | |
| Plaintiff, | : | |
| v. | : | CASE NO: 3:01CV974(DFM) |
| Paul A. Golub | : | |
| Defendant. | : | |

RESPONSE TO ORDER TO SHOW CAUSE

The plaintiff, John Skinner, signed detailed documentation numerous times over a seven-month period from May 27, 1999 to December 21, 1999. On page two of the Investment Opportunities, LLC subscription agreement it states in bold capitalized form:

**PROSPECTIVE INVESTORS ARE NOT TO CONSTRUE THE CONTENTS OF THIS SUBSCRIPTION AGREEMENT OR ANY PRIOR OR SUBSEQUENT COMMUNICATIONS FROM THE OPERATIONS MANAGER OR ANY AGENT AS LEGAL, BUSINESS OR TAX ADVICE. EACH INVESTOR SHOULD CONSULT HIS OWN ATTORNEY, BUSINESS ADVISOR OR TAX ASVISOR AS TO LEGAL, BUSINESS, TAX AND RELATED MATTERS CONCERNING THIS INVESTMENT. PROSPECTIVE INVESTORS ARE URGED TO REQUEST IN WRITING ANY ADDITIONAL INFORMATION THEY MAY CONSIDER NECESSARY TO MAKE AN INFORMED INVESTMENT DECISION.**

On page 10 of the same document, below the paragraph concerning Jurisdiction and Venue, the plaintiff signed immediately after the following statement:

> Purchaser acknowledges that he/she has read the foregoing material and understands its content and scope, and that Purchaser accepts all the terms, conditions, and restrictions set forth herein.

Page 11 contains the notarized signature of the plaintiff, John Skinner, dated the same day December 21, 1999.

The plaintiff's claims as to defendant Damon Carlson were dismissed for improper venue. The defendant, Paul A. Golub, contends that the paragraph: <u>Jurisdiction and Venue</u> states clearly that this claim can only be pursued in Florida court.

> The purchaser agrees that jurisdiction and venue with respect to any legal proceeding arising under the Agreement or the purchase of the Investment Unit(s) shall properly lie in either (i) the Sixth Judicial Circuit in the State of Florida, in and for Pinellas County, Florida or (ii) the United States District Court for the Middle District of Florida (Tampa division). The Purchaser further agrees that the mailing of any process shall constitute valid and lawful process against the purchaser. The Purchaser waives any claim that the Purchaser may have that any of the foregoing courts is an inconvenient forum.

Defendant Paul A. Golub is the only defendant named at this time in these legal proceedings, the plaintiff's claims as to defendant Paul A. Golub should be dismissed for improper venue like the claims as to defendant Damon Carlson were dismissed previously.

*Paul Golub*

Paul A. Golub, pro se
Defendant
March 14, 2005

Copy sent to:
Igor I. Sikorsky
P.O. Box 38
Unionville, CT 06085
Fax: 860-675-7104