UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN SKINNER,                    :

    Plaintiff,                :

    v.                        :        CASE NO. 3:01CV974 (DFM)

PAUL A. GOLUB,                   :

    Defendant.                :

## ORDER

The court has reviewed the parties' responses to this court's Order to Show Cause (doc. #103).  Dismissal for improper venue is not appropriate because the defendant has waived his right to assert such a claim.  See Bentley v. Raveh, 151 F.R.D. 515, 518 (D. Conn. 1993) (Cabranes, J.) (pro se defendant waived defense under Fed. R. Civ. P. 12(h)(1) by not asserting it in a timely fashion); SEC v. Softpoint, Inc., 2001 WL 43611 (S.D.N.Y. Jan. 18, 2001) (pro se defendant waived defense of improper venue by not raising it in his pre-answer motion or including it in a responsive pleading); RC Entertainment, Inc. v. Rodriguez, 1999 WL 777903 (S.D.N.Y. Sept. 29, 1999) (same).  The case will proceed to trial as scheduled.

SO ORDERED at Hartford, Connecticut this 31st day of March, 2005.

Donna F. Martinez
United States Magistrate Judge