UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 APR -4  P 3: 04

U.S. DISTRICT COURT
HARTFORD CT

John Skinner

    Plaintiff,

v.                                   CASE NO: 3:01CV974(DFM)

Paul A. Golub

    Defendant.

## SUPPLEMENTAL JOINT TRIAL MEMORANDUM

One Exhibit from pro se Defendant Paul A. Golub

Documents regarding: the IDIC, International Deposit Insurance Corporation.

I apologize to the Court for not getting this document to the Court by April 1, 2005. I did not receive the ORDER from the Court dated March 31, 2005 until Saturday April 2, 2005. I did not know if we were proceeding to trial or not.

Paul A. Golub pro se
Defendant

*Paul Golub*