FILED

2005 JUN 20 A 8: 17

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN M. SKINNER, | : | |
| Plaintiff | : | CASE NO.: 301 CV 974 (DFM) |
| VS. | : | For Magistrate Judge Martinez |
| PAUL A. GOLUB, et al. | : | |
| Defendants. | : | JUNE 13, 2005 |

## STIPULATION FOR WITHDRAWAL

The parties hereto, acting by counsel duly authorized, herewith move to withdraw with prejudice and without costs, the above captioned matter as a result of the Pretrial Conference before Judge Thomas Smith.

PAUL GOLUB

BY _____
Paul Golub
Pro Se

RESPECTFULLY SUBMITTED, BY
JOHN SKINNER

BY _____
Igor I. Sikorsky, Jr.
P.O. Box 38
Unionville, CT 06085
(860) 675-5313
Fed. Bar #04233

## CERTIFICATION

This is to certify that the foregoing has been mailed U.S. first-class mail, postage prepaid on this 13th day of June, 2005, to:

Mr. Paul Golub
49 High Street
Middlefield, CT 06455-1062

Igor I. Sikorsky, Jr.