01cv974stipwd

119

SO ORDERED. 7/6/05.

FILED
2005 JUN 20 A 8:17
DISTRICT COURT
HARTFORD, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN M. SKINNER, | : | |
| Plaintiff | : | CASE NO.: 301 CV 974 (RNC) |
| VS. | : | For Magistrate Judge Martinez |
| PAUL A. GOLUB, et al. | : | |
| Defendants. | : | JUNE 13, 2005 |

## STIPULATION FOR WITHDRAWAL

The parties hereto, acting by counsel duly authorized, herewith move to withdraw with prejudice and without costs, the above captioned matter as a result of the Pretrial Conference before Judge Thomas Smith.

PAUL GOLUB

BY _____
Paul Golub
Pro Se

RESPECTFULLY SUBMITTED, BY
JOHN SKINNER

BY _____
Igor I. Sikorsky, Jr.
P.O. Box 38
Unionville, CT 06085
(860) 675-5313
Fed. Bar #04233

FILED
2005 JUL -6 P 12:50
DISTRICT COURT
HARTFORD, CT

01cv974end119